for respondent.

No. 363. BRACKIN v. UNITED STATES. October 19, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. Geo. E. H. Goodner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* and *Mrs. Elizabeth B. Davis* for the United States.

No. 371. CALIFORNIA v. ANGLIM, U. S. COLLECTOR OF INTERNAL REVENUE. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Earl Warren,* Attorney General of California, *H. H. Linney,* Assistant Attorney General, *Lucas E. Kilkenny,* and *Adrian A. Kragen,* Deputy Attorneys General, for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Alvin J. Rockwell,* and *Archibald Cox* for respondent.

No. 374. UNITED ENTERPRISES, INC. v. DUBEY ET AL. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theodore Lockyear* for petitioner. *Messrs. J. Tom Watson,* Attorney General of Florida, and *Joseph E. Gillen,* Assistant Attorney General, for respondents.

Nos. 375 and 376. HOWELL ET AL. v. CHICAGO, WILMINGTON & FRANKLIN COAL CO., INC., ET AL. October 19, 1942. Petition for writs of certiorari to the Circuit